UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS.

ALFRED SALTOS,                                              CASE NO. 1:07-cr-20759-AJ

Defendant.
_____/

### ORDER TO DISCHARGE BOND

**ORDERED AND ADJUDGED** that the Clerk of Court shall forthwith discharge Defendant's $50,000.000 personal surety bond, 10 % co-signed by Juanita Saltos.

**DONE AND ORDERED**, in Miami-Dade County, Miami, Florida, this 16th day of April 2008.

_____
U.S. DISTRICT COURT JUDGE

cc: Elio Vazquez, Esq.
    U.S. Attorney's Office
    Financial Deputy Clerk, Miami