# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

     VS.

    ALFRED SALTOS,                       **CASE NO. 1:07-cr-20759-AJ**

     Defendant.

_____/

## AMENDED ORDER TO DISCHARGE BOND

**ORDERED AND ADJUDGED** that the Clerk of Court shall forthwith discharge Defendant's $50,000.000 personal surety bond, 10 % co-signed by Juanita Saltos.

FURTHER ORDERED AND ADJUDED that the Clerk of Court shall assign the $5,000.00 plus any accrued interest to: Elio Vazquez, Esq., 6780 Coral Way, Miami, FL 33155.

**DONE AND ORDERED**, in Miami-Dade County, Miami, Florida, this 30th day of _____July_____ 2008.

_____
U.S. DISTRICT COURT JUDGE

cc:  Elio Vazquez, Esq.
    U.S. Attorney's Office
    Financial Deputy Clerk, Miami